**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

MARIA OLGA LLIGUICOTA,

    *Plaintiff*

V.                                         3:19-cv-02017 VAB
GREENWICH DIAMOND NAILS & SPA,
GREENWHICH DIAMON NAILS
& SPA INC,
GUI BIAO QI
ELAINE BAO

    *Defendants*

## JUDGMENT

    This matter came on for trial before a jury and the Honorable Victor A. Bolden, United States District Judge.  On March 22, 2023, after deliberation, the jury returned a verdict in favor of the plaintiff, MARIA OLGA LLIGUICOTA, against the defendants, GREENWICH DIAMOND NAILS & SPA LLC; ET AL in the total award amount of $29,977.80 for compensatory and liquidated damages combined. It is therefore.

    ORDERED, ADJUDGED, and DECREED that judgment shall enter for the plaintiff and the case is closed.

    Dated at Bridgeport, Connecticut, this 23rd day of March 2023.

                                 DINAH MILTON KINNEY, Clerk

                                 By:/s/ Tatihana Murphy
                                 Deputy Clerk

EOD: 3/23/2023