UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIA OLGA LLIGUICOTA,
SHANGMING LU
    *Plaintiff*

V.

                                            3:19-cv-02017 VAB

GREENWICH DIAMOND NAILS & SPA INC,
GREENWHICH NAILS & SPA LLC,
DIAMOND NAIL SALON LLC,
GUI BIAO QI,
ELAINE BAO,
JOSE F. ROJAS
    *Defendants*

SHANGMING LU
    *Counter Defendant*

## SUPPLEMENTAL JUDGMENT

This matter came on for consideration before the Honorable Victor A. Bolden, United States District Judge. On April 5, 2023, plaintiff, MARIA OLGA LLIGUICOTA, filed a motion for attorney fees and cost. On December 29, 2020, plaintiff filed an amended complaint hat termed parties ELAINE BAO and GUI BIAO QI. On March 28, 2022, plaintiff and counter defendant SHANGMNG LU was terminated as directed in Order 170 due to a settlement agreement. On January 5, 2024, the court entered an order (Doc. 262) granting motion for **attorney fees and cost** in the amount of **$45,933.60**. On April 19, 2023, plaintiff, MARIA OLGA LLIGUICOTA, filed a motion for cost and fees to enforce charging lien (Doc. 259) against the defendants, GREENWICH NAILS & SPA, LLC d/b/a Diamond Nail & Spa, GREENWICH DIAMOND NAILS & SPA INC. d/b/a Diamond Nail & Spa, GUI BIAO QI a/k/a Guibiao Qi a/k/a Leo Qi, and ELAINE BAO a/k/a Elaine Ying Bao a/k/a Elaine Y Bao a/k/a Ying Bao a/k/a Helen Bao a/k/a Ellen Bao. On January 5, 2024, the court entered an order (Doc.261) granting the motion to **enforce lien in the amount of $14,500.53** against counter defendant Shangming Lu, It is therefore,

ORDERED, ADJUDGED, and DECREED that judgment shall enter for the plaintiff MARIA OLGA LLIGUICOTA and the case is closed.

Dated at New Haven, Connecticut, this 22nd of February 2024.

DINAH MILTON KINNEY, Clerk

By: /s/ Tatihana Murphy
Deputy Clerk

EOD: 2/22/2024